# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**OKEY GARRY OKPALA**                                                             **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 5:15-cv-40-DCB-MTP**

**FNU VASQUEZ, ET AL.**                                        **DEFENDANTS**

## ORDER DIRECTING SUMMONS TO ISSUE

*Pro se* Plaintiff Okey Garry Okpala, a federal inmate currently incarcerated at the Adams County Correctional Center, brings this Complaint challenging the conditions of his confinement. Plaintiff was conditionally granted permission to proceed *in forma pauperis,* based on his allegation that he is in imminent danger.

IT IS THEREFORE ORDERED that the Clerk is directed to issue summons to Defendants:

FNU Vasquez, Warden, Federal Correctional Institution, Beaumont (low), Texas
Federal Correctional Institution
5560 Knauth Road
Beaumont, TX 77705

FNU Lacy, United Manager, Federal Correctional Institution, Beaumont (low), Texas
Federal Correctional Institution
5560 Knauth Road
Beaumont, TX 77705

FNU Edwards, Case Manager, Federal Correctional Institution, Beaumont (low), Texas
Federal Correctional Institution
5560 Knauth Road
Beaumont, TX 77705

Jose A. Santana, Chief, Designation and Sentence Computation Center
U.S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, TX 75051

The Federal Bureau of Prisons
320 First Street, NW
Washington, DC 25034

Corrections Corporation of America
15850 Export Plaza Drive
Houston, TX 77032

    Donna Mellendick, Administrator, Privatization Management Branch
    Federal Bureau of Prisons
    320 First Street, NW
    Washington, DC 20534

    M. Farmer, Health Service Administrator, Adams County Correctional Center
    20 Hobo Fork Road
    Natchez, MS 39120

    Stacy Cook, Medical Provider, Adams County Correctional Center
    20 Hobo Fork Road
    Natchez, MS 39120

    FNU Greene, Medical Provider, Adams County Correctional Center
    20 Hobo Fork Road
    Natchez, MS 39120

    Barbara Wagner, Warden, Adams County Correctional Center
    20 Hobo Fork Road
    Natchez, MS 39120

    A. Lidell, Unit Manager, Adams County Correctional Center
    20 Hobo Fork Road
    Natchez, MS 39120

The Clerk is directed to attach a copy of this Order, Plaintiff's Letter [7] and the Amended Order Conditionally Granting Application for Leave to Proceed In Forma Pauperis and Setting Payment Schedule, to Plaintiff's Complaint [1] that will be served on each Defendant. The United States Marshal shall serve same pursuant to 28 U.S.C. § 1915(d).

    IT IS FURTHER ORDERED that a summons will not be issued for the John and Jane Doe Defendants at this time. Once Plaintiff has determined the proper names and addresses of the John and Jane Doe Defendants, Plaintiff must file a motion with this Court requesting that process be ordered to issue for these Defendants. This motion must contain the proper names of the John and Jane Doe Defendants, addresses for the properly named John and Jane Doe Defendants, and state how the John and Jane Doe Defendants violated Plaintiff's constitutional rights.

    IT IS FURTHER ORDERED that **in their answers or other responsive pleadings, Defendants**

**shall address Plaintiff's imminent danger claim and provide Plaintiff's medical records**, which may be filed under seal to protect Plaintiff's medical information.

IT IS FURTHER ORDERED that discovery is stayed until further Order of this Court.

**It is Plaintiff's responsibility to prosecute this case. Failure to advise this Court of a change of address or failure to comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.**

SO ORDERED, this the 23rd day of September, 2015.

 s/David Bramlette
UNITED STATES DISTRICT JUDGE